

David A. DiMarzio
Clerk of Court

*UNITED STATES DISTRICT COURT*
*District of Rhode Island*
January 20, 2015

**Re: United States v. Juan Funes**
**Case No. 1:11-CR-00080-01-S-PAS**

## NOTICE REGARDING POTENTIAL ELIGIBILITY FOR SENTENCE REDUCTION

Dear Mr. Funes:

On July 18, 2014, the United States Sentencing Commission voted to give retroactive effect to the guideline amendment reducing by two levels the offense levels assigned to the quantities in sections 2D1.1 and 2D1.11 of the *United States Sentencing Commission Guidelines Manual*, which will be designated Amendment 782 in Appendix C. The amendment became effective November 1, 2014.

It appears that you may be potentially eligible to seek a sentence reduction under this amendment. Please note that this does not mean you are necessarily entitled to a reduction in your sentence; it only means the potential exists that your sentence may be entitled to a reduction based on this amendment. As a result, the court has appointed counsel to review this matter for you. Enclosed please find the order for your reference.

Sincerely,

DAVID A. DIMARZIO
Clerk of Court

Enclosure