---

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUAN FUNES | ) | Case No.   CR11-80WES |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | JOHN O. PASTORE FEDERAL BUILDING & POST OFFICE TWO EXCHANGE TERRACE, PROVIDENCE, RI | Courtroom No.: B |
|---|---|---|
| | | Date and Time: 08/08/2018 10:00 am |

This offense is briefly described as follows:
SUPERVISED RELEASE VIOLATION

Date:    07/16/2018

*Issuing officer's signature*

JEANNINE NOEL, DEPUTY CLERK
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons        ☐ Returned this summons unexecuted

Date:    7/23/18

*Server's signature*

ROBERT CHARETTE
*Printed name and title*