UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | CR NO. 11-80 WES |
| ) | |
| JUAN FUNES ) | |

PROPOSED TREATMENT PLAN

Now comes the Defendant, Juan Funes, by counsel, and sets forth herein his plan for remaining alcohol and substance free.

I. Counselling.

    A. Phoenix House (Jimmy). Intensive Outpatient Program,
        Tuesday, 4:00 - 7:00 p.m.
        Wednesday, 4:00 - 7:00 p.m.
        Thursday, 4:00 - 7:00 p.m.

    B. Behavioral HealthCare Services, Isabel Storey
        Tuesdays - 2:00-3:00 (Last session, 9/18/18

    C. Angel Barraza, 72 Anthony Avenue, Providence, Rhode IsLAND 02909
        Once weekly session, agreed upon family price of $50.00 to be paid by the family

II. Religious Services.

Iglesia Bautista, El Calvario, 747 Broad STreet, Providence
    Sunday - 12:30 or 1:30 service
  Thursday - 7:00 p.m.
    Pastors Orlando and Sandra Irizarry

III. Medicine.

Continue with Vivitrol as recommended in lieu of Antabuse by Dr. Daniel Regan

IV. Alcoholics Anonymous (AA).

As recommended by Angel Barraza, following two meetings:

La Derrota, 249 Main Street, Pawtucket, Rhode Island
  Saturdays @ 11:00
  Mondays   @  7:00 p.m.
  Mr. Funes has attended these two sessions and has obtained a sponsor with whom phone numbers have been exchanged.

Nuevo Despertar, 233 Manton Avenue, Providence, Rhode Island
  Meets Tuesday/Wednesday/Friday/Saturday evenings from 7:00 - 9:00 p.m. First attendance to be Tuesday, 9/25
  Mr. Funes knows a leader of the group, Olga

Mr. Funes has activated a cell phone 261-6086 for use by his mother and his AA sponsors only which he will keep with him in addition to his regular phone 834-5082.

2.

V. Screening as determined by U.S. Probation

VI. Curfew as determined by U.S. Probation

VII. Ankle Monitoring as determined by the Court

There are attached to the within proposed Treatment Plan, the following:

Tab A - Dr. Daniel Regan letter of September 21, 2018
Tab B - Isabel Storey, LMHC, letter of August 7, 2018
Tab C - Pastor Orland Irizarry, Iglesia Bautista Hispana
  letter of August 26, 2018

Respectfully submitted,

/s/ Robert D. Watt Jr.

Robert D. Watt Jr.
84 Ship Street
Providence, Rhode Island 02903
401-861-8810
401-453-4906 (fax)
wattesq@aol.com

September 25, 2018

CERTIFICATION

I hereby certify that I did file the within Proposed Treatment Plan with the Court by utilizing the ECF electronic filing system and did thereby provide a copy to Milind Shah, Esq., Assistant U.S. Attorney on the 25th day of September 2018.

/s/ Robert D. Watt Jr.

*Care Center Rhode Island*
*400 Warren Avenue*
*East Providence, RI 02914*
*Phone: 401-431-9024*
*Fax: 401-431-9027*

September 21, 2018

RE: Juan Funes    (D.O.B. 6/11/71)

Juan has been a patient of mine since January 5, 2018. He has complied with all appointments and has not cancelled, no showed or rescheduled, also has passed ALL random urine screen testing. There was a question brought to my attention about Vivitrol VS Antabuse in his treatment, in my medical opinion I believe that the Vivitrol Treatment that Juan is receiving is much more effective. Vivitrol has a craving blocker were the patient has had NO urges to drink. Also, the side effects are much less than Antabuse.

Patient is doing extremely well in the Vivitrol program. If you have any questions, please feel free to give my office a call.

Thank You

*[signature]*

Daniel Regan, MD

TAB A

**FHR** Behavioral Healthcare Services
Fostering Hope and Recovery

Rhode Island Region
Kristen Guilfoyle, Regional Director
45 Sockanosset Cross Road, Unit 4
Cranston, RI 02920
www.fhr.net
t: 401-383-4885 | f: 401-383-4379

FELLOWSHIP HEALTH RESOURCES

**Board of Directors**

*Chairperson*
Alan Wichlei
Lexington, MA

*President*
Debra M. Paul, CPA, MBA
Lincoln, RI

*Treasurer*
Stephen M. Duggan
Cranston, RI

*Assistant Treasurer*
Robert G. Colucci, CPA, MBA
South Kingstown, RI

*Secretary*
Colin Murphy, RN, MBA
Providence, RI

*Chair-Elect*
Neal Brown
Rockville, MD

Michela Coffaro, Psy. D, ACSW
Milton, DE

William T. Emmet
Washington, D.C.

Renata J. Henry, M. Ed.
Newark, DE

Pierre L. La Perriere
Exeter, RI

Kelly McGee, Esquire
Pawtucket, RI

Jeffrey McLoud
Kinston, NC

Michael B. Owen
Chapel Hill, NC

Russell J. Sylvia, SPHR, SHRM-SCP
Sutton, MA

**Regional Locations**
- Delaware
- Maine
- Massachusetts
- North Carolina
- Pennsylvania
- Rhode Island
- Virginia

FHR is CARF-accredited for the following behavioral health programs: Assertive Community Treatment, Assessment and Referral, Case Management/ Services Coordination, Community Housing, Community Integration, Crisis Stabilization, Intensive Outpatient Treatment, Outpatient Treatment, Supported Living, and Respite Services.

August 7, 2018

United States District Court
1 Exchange Street,
Providence, Rhode Island

To whom it may concern,

Juan has been attending and is engaged in his therapy sessions at Fellowship Health Resources off and on since May of 2017 with the last appointment being today, August 7th. He has a diagnosis of Alcohol Use Disorder, severe. In sessions we have gone over the triggers, faulty thinking, and the steps that occur right before reaching for that drink. Juan is working on understanding his addiction, on taking responsibility for his actions, as well as naming the antidote to this addiction. He is becoming more present to the notion that alcohol for him is a poison and a punishment versus a reward or a way to escape stress. He today has a closer relationship to his sons and understands what he has to lose. He knows that alcoholism is a disease. It is something that he has, but that it is not who he is. He is learning that minimizing stress, eating well, sleeping well, getting good exercise, and fully appreciating the importance of owning his own work and of knowing that he is blessed with people who care about him. His own self-love has to match that.

Sincerely,

Isabel Storey, LMHC
Outpatient, Ocean State Network, Probation Therapist

TAB B

# Iglesia Bautista Hispana "El Calvario"
## at Calvary Baptist Church
747 Broad st Providence, RI 02907 Tel. (401) 461 - 7507 ext 4 or 401-533-6345

---

August 26, 2018

To Whom it may concern:

My name is Orlando Irizarry, Pastor of Hispanic Calvary Baptist Church at 747 Broad st Providence, RI.

This letter is to inform that I know Juan Carlos Funes for more than twenty years. His mother Alicia Preza and brother Eduardo J. Funes attends this church.

The past years have been very difficult for Juan Carlos Funes, his family and his children. I am hoping with the help of family members, church members and professionals in the field of his needs he can recover completely in his health.

Juan Carlos, like many of us has made mistakes. I am sure and hoping that he is learning from them. Please consider giving an opportunity to Juan Carlos Funes in his process to fully recover from his health issues.

If I can be of any help, do not hesitate to contact me at 401-533-6345.

TAB C

Respectfully,

*Orlando Irizarry*
Orlando Irizarry