UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN FUNES<br>      Defendant. | Criminal Case No. 11-080-WES |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Richard W. Rose, hereby enter my withdrawal of appearance as counsel for the United States of America in the above matter.

> Respectfully submitted,
>
> AARON L. WEISMAN
> United States Attorney
>
> /s/ Richard W. Rose
> RICHARD W. ROSE
> Assistant U. S. Attorney
> United States Attorney's Office
> 50 Kennedy Plaza, 8th Floor
> Providence, RI 02903
> Phone: (401) 709-5043

**CERTIFICATE OF SERVICE**

 I hereby certify that on February 15, 2019, I caused the Notice of Withdrawal of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

              /s/ Richard W. Rose
              RICHARD W. ROSE
              Assistant U. S. Attorney
              United States Attorney's Office
              50 Kennedy Plaza, 8th Floor
              Providence, RI 02903
              Phone: (401) 709-5043