
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

FILED
2019 MAR -8 A 10: 34

United States of America
v.
JUAN FUNES

Defendant

Case No. CR 11-80-01JJM

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JUAN FUNES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☑ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Bail Violation

Date:   02/22/2019

*Issuing officer's signature*

City and state:   Providence, RI

Martha Saucier, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/22/2019, and the person was arrested on *(date)* 2/25/2019
at *(city and state)* Providence, RI.

Date: 2/25/2019

*Arresting officer's signature*

C. Luyant  SDUSM
*Printed name and title*