UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>VS  )<br>  )<br>JUAN FUNES  ) | 1:11-CR-00080-WES-PAS |

MOTION TO CONTINUE FINAL HEARING
ON REVOCATION OF SUPERVISED RELEASE

Now comes the Respondent, by counsel, and moves that the final hearing on the revocation of supervised release be continued from April 12, 2019 to a date prior to April 10, 2019 or a date after April 22, 2019. It is stated that:

1. The Defendant is not detained.

2. Counsel has a federal bar conference availability which he would seek to attend and participate with his daughter in the school vacation week immediately afterward.

WHEREFORE, the premises considered, it is moved that the Court allow a continuance of the within case to a date before April 10, 2019 or after April 22, 2019.

JUAN FUNES
by his attorney,

/Robert D. Watt Jr./

Robert D. Watt Jr.
84 Ship Street
Providence, Rhode Island 02903
401-861-8810
401-453-4906 (fax)
wattesq@aol.com

Date: April 2, 2019

CERTIFICATION

I hereby certify that I did on the 2nd day of April 2019 file the within utilizing the Court's ECF filing system and did thereby give notice to Milind Shah, Esq., Assistant U.S. Attorney.

/Robert D. Watt Jr./