

**Behavioral Healthcare Services**
*Fostering Hope and Recovery*

Rhode Island Region
**Kristen Guilfoyle, Regional Director**
45 Sockanosset Cross Road, Unit 4
Cranston, RI 02920
www.fhr.net
t: 302-854-0626  |  f: 302-854-0628

FELLOWSHIP HEALTH RESOURCES

**Board of Directors and Officers**

*Chairperson*
Alan Wichlei
Lexington, MA

*President*
Debra M. Paul, *MBA*
Cumberland, RI

*Treasurer*
Stephen M. Duggan
Cranston, RI

*Assistant Treasurer*
Robert G. Colucci, *CPA, MBA*
South Kingstown, RI

*Secretary*
Colin Murphy, *RN, MBA*
Providence, RI

*Chair-Elect*
Neal Brown
Rockville, MD

Michela Coffaro, *Psy.D, ACSW*
Milton, DE

William T. Emmet
Washington, D.C.

Jeff Giovino, *MS*
Hummelstown, PA

Pierre L. La Perriere
Exeter, RI

Kelly McGee, *Esquire*
Pawtucket, RI

Charles S. McLister, *MA, MBA*
Haddonfield, NJ

Jeffrey McLoud
Kinston, NC

Timothy O'Rourke
Newtown, PA

Michael B. Owen
Chapel Hill, NC

Russell J. Sylvia, *SPHR, SHRM-SCP*
Sutton, MA

*Regional Locations*
- Delaware
- Maine
- Massachusetts
- North Carolina
- Pennsylvania
- Rhode Island
- Virginia

FHR is accredited by CARF International.

July 22, 2019

To whom it may concern:

Please note that I have been working with Juan Funes since May of 2017. Over this time Juan has had some successes as well as some relapses but continues to learn about himself and be motivated to make life long changes in his life regarding his sobriety. Juan realizes that being there for his sons and his family is important but equally as important is his sobriety and his focus on his own life and his own well-being. We speak often about the importance of being responsible for his actions, of creating a life that minimizes stress as best as possible, and of having a life that prioritizes accountability and doing what he has to do to keep moving his life forward.

Juan continues to be engaged in the process and work through the challenges of his life. Juan is now coming to therapy twice a week. Please let me know if you have any questions.

Sincerely,

Isabel Storey, LMHC