UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS | ) | CR NO. 11-80WES |
| | ) | |
| JUAN FUNES | ) | |

DEFENDANT'S ADVISEMENT OF
NO OBJECTION TO REPORT AND RECOMMENDATION

Now comes the Defendant, Juan Funes, by counsel and advises that he has no objection to the Report and Recommendation of the Magistrate Judge of August 27, 2019.

                                                  JUAN FUNES
                                                  by his attorney,

                                                  /Robert D. Watt Jr./

                                                  Robert D. Watt Jr.
                                                  84 Ship Street
                                                  Providence, Rhode Island 02903
                                                  401-861-8810
                                                  401-453-4906
                                                  wattesq@aol.com
Date: September 10, 2019

CERTIFICATION

    I hereby certify that I did on the 10th day of September 2019 file a true copy of the within advisement to the Court utilizing the ECF electronic filing system and did thereby give notice to Milind Shah, Esq., Assistant U.S. Attorney.

                                                  /s/ Robert D. Watt Jr.