AO 245D (Rev. 02/18) Judgment in a Criminal Case for Revocation
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| **Juan Funes** | ) | |
| | ) | Case Number: **1:11CR0000080-01WES** |
| | ) | USM Number: **08337-070** |
| | ) | **Robert Douglas Watt, Jr., Esq.** |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)  **1-4**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Standard Condition: The defendant shall refrain from any unlawful use of a controlled substance. | 5/2019 |
| 2 | Standard Condition: The defendant shall report to the probation officer in a manner and frequency directed by the Court or the probation officer. | 7/2019 |
| 3 | Special Condition: The defendant shall participate in a program of substance abuse testing (up to 72 drug tests per year) as directed and approved | 7/2019 |

The defendant is sentenced as provided in pages 2 through **4** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  **4370**

Defendant's Year of Birth:  **1971**

City and State of Defendant's Residence:
Providence, RI

10/15/2019
Date of Imposition of Judgment

*Westmin* (signature)
Signature of Judge

William E. Smith
Chief Judge
Name and Title of Judge

10/17/2019
Date

AO 245D   (Rev. 02/18) Judgment in a Criminal Case for Revocation
Sheet 1A

DEFENDANT: **Juan Funes**
CASE NUMBER: **1:11CR0000080-01WES**

Judgment—Page __2__ of __4__

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 (continued) | Special Condition: approved by the Probation Office. The defendant shall contribute to the costs of such testing based on ability to pay as determined by the probation officer. | 7/2019 |
| 4 | Special Condition: The defendant will refrain from any alcohol use. | 7/2019 |

Case 1:11-cr-00080-WES-PAS   Document 79   Filed 10/17/19   Page 2 of 4 PageID #: 242

AO 245D   (Rev. 02/18) Judgment in a Criminal Case for Revocation
Sheet 1A

Judgment—Page __2__ of __4__

AO 245D    (Rev. 02/18) Judgment in a Criminal Case for Revocation
           Sheet 2 — Imprisonment

Judgment — Page 3 of 4

DEFENDANT: Juan Funes
CASE NUMBER: 1:11CR0000080-01WES

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**7 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to _____
a _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page __4__ of __4__

DEFENDANT: Juan Funes
CASE NUMBER: 1:11CR0000080-01WES

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 200.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☑ As originally imposed on __11/2/2011__, less any payments made.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ 0.00 | $ 0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

---

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.